# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| ISIDRO ANTONIO AMAYA FLORES, | ) ) ) |  |
| Petitioner, | ) ) | No. 1:26-cv-2160 (PTG/WBP) |
| v. | ) ) |  |
| TODD BLANCHE, et al., | ) ) |  |
| Respondents. | ) |  |

## ORDER

On July 17, 2026, Petitioner Isidro Antonio Amaya Flores filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the Caroline Detention Center. It appearing to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is hereby

**ORDERED** that Petitioner **IS NOT** to be removed or transferred from this district for any reason without this Court's permission; and it is further

**ORDERED** that on or before 5:00 PM on July 24, 2026, the Federal Respondents file either a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Andrade Portillo v. Perry, et al.*, 1:25-cv-1646 (E.D. Va.), or an Opposition to the Petition discussing the material differences between *Andrade Portillo* and this Petition; and it is further

**ORDERED** that if the Federal Respondents file a Notice that there are no material differences between this Petition and *Andrade Portillo*, each of the substantive filings in that

habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a ruling without further filings from the parties; and it is further

**ORDERED** that if the Federal Respondents file an Opposition to the Petition, Petitioner shall file any reply in further support of the Petition on or before 5:00 PM on July 27, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 20th day of July, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge